SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
DIVYA S. GUPTA (State Bar No. 284282)
dsg@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

LEWIS S. WIENER, *admitted pro hac vice*
lewis.wiener@sutherland.com
Sutherland Asbill & Brennan, LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Telephone: (202) 383-0100
Facsimile:  (202) 637-3593

Attorneys for Defendants
NEW YORK LIFE INSURANCE AND ANNUITY
CORPORATION and NYLIFE SECURITIES LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, NYLIFE SECURITIES LLC and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:15-cv-04767 AB (JCx)<br>Hon. Andre Birotte, Jr.<br>Ctrm. 4 – Spring Street<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STAY OR, IN THE ALTERNATIVE, MOTION TO STRIKE CLASS DEFINITION**<br><br>Date: September 28, 2015<br>Time: 10:00 a.m.<br>Ctrm.: 4<br><br>Action Filed: June 24, 2015<br>Trial Date:   None Set |

12578.0001/4726492.1

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STAY OR, IN THE ALTERNATIVE, MOTION TO STRIKE CLASS DEFINITION

1    PLEASE TAKE NOTICE that, on September 28, at 10:00 a.m., or as soon
2 thereafter as the matter may be heard in the above-entitled Court, located at 312 N
3 Spring St, Los Angeles, CA 90012, Defendants New York Life Insurance and
4 Annuity Corporation ("NY Life & Annuity") and NYLife Securities LLC ("NYLife
5 Securities") (collectively, "Defendants") will and hereby do move, pursuant Rule
6 12(b)(6), 12(b)(1), and 12(f), to dismiss, or in the alternative, to stay this action.  In
7 the event the action is not dismissed, the Court should strike the class action
8 allegations (paragraphs 19-26, Prayer for Relief paras. A, C) pursuant to Rules 12(f)
9 and 23(d)(1)(D).

10    This motion is made on the grounds that (1) the case should be dismissed
11 pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction, as Plaintiff's claims
12 are moot and Plaintiff lacks Article III Standing, or (2) the case should be stayed
13 pending rulings from the U.S. Supreme Court in *Gomez v. Campbell-Ewald Co.*,
14 768 F.3d 871 (9th Cir. 2014) cert. granted, No. 14 857, 135 S.Ct. 2311 (U.S. May
15 18, 2015) and *Robins v. Spokeo, Inc*., 742 F.3d 409 (9th Cir. 2014) cert. granted, 135
16 S.Ct. 1892 (U.S. Apr. 27, 2015) that bear directly on two issues fundamental to this
17 case.  In the alternative, (3) the case should be dismissed pursuant to Rule 12(b)(6)
18 for failure to state a claim upon which relief may be granted.  Finally, (4) the Court
19 should strike the class action allegations (paragraphs 19-26, Prayer for Relief paras.
20 A, C) definition under Rules 12(f) and 23(d)(1)(D) because the class definition set
21 forth at para. 19 is unascertainable as a practical matter and constitutes an improper
22 fail-safe class definition.

23    This motion is based on this Notice of Motion and Motion, the accompanying
24 Memorandum of Points and Authorities and the Declaration of Scott J. Hyman, the
25 Complaint, and all other papers on file in this action.

26    This motion is made following the conferences of counsel pursuant to L.R. 7-
27 3 which took place on July 14 through 16, 2015 and August 20, 2015.

28

12578.0001/4726492.1                              2
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO
STAY OR, IN THE ALTERNATIVE, MOTION TO STRIKE CLASS DEFINITION

DATED: August 20, 2015     SEVERSON & WERSON
A Professional Corporation

By:    */s/ Scott J. Hyman*
        SCOTT J. HYMAN

SUTHERLAND ASBILL & BRENNAN, LLP

By:    */s/ Lewis S. Weiner*
        LEWIS S. WIENER, *admitted pro hac vice*

Attorneys for Defendants NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION and NYLIFE SECURITIES LLC

12578.0001/4726492.1

3

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STAY OR, IN THE ALTERNATIVE, MOTION TO STRIKE CLASS DEFINITION