1  SCOTT J. HYMAN (State Bar No. 148709)
   sjh@severson.com
2  DIVYA S. GUPTA (State Bar No. 284282)
   dsg@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  The Atrium
   19100 Von Karman Avenue, Suite 700
5  Irvine, California 92612
   Telephone: (949) 442-7110
6  Facsimile: (949) 442-7118

7  LEWIS S. WIENER, *admitted pro hac vice*
   lewis.wiener@sutherland.com
8  SUTHERLAND ASBILL & BRENNAN LLP
   700 Sixth Street, NW, Suite 700
9  Washington, DC 20001-3980
   Telephone: (202) 383-0100
10 Facsimile:  (202) 637-3593

11 Attorneys for Defendants
   NEW YORK LIFE INSURANCE AND ANNUITY
12 CORPORATION and NYLIFE SECURITIES LLC

13              **UNITED STATES DISTRICT COURT**

14      **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| 15  ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons, | Case No. 2:15-cv-04767 AB (JCx) Hon. Andre Birotte, Jr. Ctrm. 4 – Spring Street |
| 16 | |
| 17                   Plaintiff, | **CLASS ACTION** |
| 18            vs. | **JOINT STATUS REPORT** |
| 19  NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, NYLIFE SECURITIES LLC and JOHN DOES 1-10, | [Next Report Due April 15, 2016] |
| 20 | |
| 21 | Action Filed:   June 24, 2015 |
| 22            Defendants. | Trial Date:    None Set |

23

24      Plaintiff ERIC B. FROMER CHIROPRACTIC, INC. ("Fromer") and

25 Defendant NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,

26 NYLIFE SECURITIES LLC ("NY Life") (collectively, the "Parties"), by and

27 through their undersigned counsel, hereby provide the Court with the following

28 Joint Status Report:

On October 19, 2015, this Court stayed the Action pending rulings by the United States Supreme Court in *Gomez v. Campbell-Ewald Co.*, 768 F.3d 871 (9th Cir. 2014) cert. granted, No. 14 857, 135 S.Ct. 2311 (U.S. May 18, 2015) and *Robins v. Spokeo, Inc.*, 742 F.3d 409 (9th Cir. 2014) cert. granted, 135 S.Ct. 1892 (U.S. Apr. 27, 2015).  [See Dkt. No. 43].  The United States Supreme Court heard oral argument in *Gomez v. Campbell-Ewald Co.* on October 14, 2015 and in *Robins v. Spokeo, Inc.* on November 3, 2015.  *Campbell-Ewald Co.* addresses the question of whether a putative class action case becomes moot when the defendant offers complete relief to the named plaintiff and *Spokeo, Inc.* addresses whether a plaintiff who suffers no concrete harm, but who instead alleges only a statutory violation, has standing to bring a claim on behalf of himself or a class of individuals. The Court's order granting the stay ruled that both of these cases could potentially impact threshold jurisdictional issues relevant to this Court's analysis of this case.

To date, the United States Supreme Court has yet to issue an opinion in either matter.  Accordingly, pursuant to the Court's stay order, the Parties will file a supplemental report within the next 90 days, or sooner if the United States Supreme Court acts in either *Campbell-Ewald Co.* or *Spokeo, Inc.*

DATED:  January 5, 2016

SEVERSON & WERSON
A Professional Corporation


By:  ____*/s/ Scott J. Hyman*_____
               Scott J. Hyman
               Divya S. Gupta


SUTHERLAND ASBILL & BRENNAN, LLP


By:  ____*/s/ Lewis S. Wiener*_____
               Lewis S. Wiener

Attorneys for Defendants
NEW YORK LIFE INSURANCE AND
ANNUITY CORPORATION and NYLIFE
SECURITIES LLC

1   DATED:  January 5, 2016       GERAGOS & GERAGOS APC

2

3                              By:      */s/ Mark J. Geragos*
                                     Mark J. Geragos
4                                      Ben J. Meiselas

5                           ANDERSON + WANCA

6

7                              By:      */s/ Brian J. Wanca*
                                     Brian J. Wanca
8                                      Ryan M. Kelly

9                         Attorneys for Plaintiff
                        ERIC B. FROMER CHIROPRACTIC, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28