1
2
3
4
5
6
7
8
9
10
11

NOTE: CHANGES MADE BY THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons,<br><br>              Plaintiff,<br><br>      vs.<br><br>NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, NYLIFE SECURITIES LLC and JOHN DOES 1-10,<br><br>              Defendants. | Case No. 2:15-cv-04767 AB (JCx)<br>Hon. Andre Birotte, Jr.<br>Ctrm. 4 – Spring Street<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS TO FILE INITIAL DISCLOSURES AND RESPONSIVE PLEADING**<br><br>Action Filed:  June 24, 2015<br>Trial Date:      None Set |

12578.0001/8543584.1

ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS TO FILE INITIAL
DISCLOSURES AND RESPONSIVE PLEADING

Defendants NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION AND NYLIFE SECURITIES LLC ("Defendants") by and through their undersigned attorneys, and Plaintiff ERIC B. FROMER CHIROPRACTIC, INC. ("Plaintiff") (collectively the "Parties"), by and through its undersigned attorneys, have stipulated to continue certain scheduling dates to give the Parties time to finalize a settlement agreement. The Court, having read and considered the Parties' Stipulation, and good cause having been shown, orders as follows:

## ORDER

Defendants' obligations to file their Rule 26 Disclosures and to file their Motion(s)/responsive pleadings is continued up to and through <u>October 14, 2016.</u> The Parties shall file a Stipulation and Proposed Order to set a schedule for class certification briefing, administration, and final approval consistent upon confirmation of a final written settlement agreement.

**IT IS SO ORDERED .**

DATED: September 21, 2016

Hon. André Birotte Jr.
U.S. District Judge