1

2

3

4

5

6

7

8

9

10

11

12 **UNITED STATES DISTRICT COURT**

13 **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

| | |
|---|---|
| 14 ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons, | Case No. 2:15-cv-04767 AB (JCx) Hon. André Birotte Jr. Ctrm. 4 – Spring Street |
| 16 | **CLASS ACTION** |
| 17 Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION TO VACATE DEADLINE FOR DEFENDANTS TO FILE INITIAL DISCLOSURES AND RESPONSIVE PLEADING AND SETTING DEADLINE FOR FINALIZING SETTLEMENT** |
| 18 vs. | |
| 19 NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, NYLIFE SECURITIES LLC and JOHN DOES 1-10, | |
| 21 Defendants. | Action Filed:   June 24, 2015 Trial Date:     None Set |

22

23

24

25

26

27

28

12578.0001/8895698.1

1    Defendants NEW YORK LIFE INSURANCE AND ANNUITY

2  CORPORATION AND NYLIFE SECURITIES LLC ("Defendants") by and

3  through their undersigned attorneys, and Plaintiff ERIC B. FROMER

4  CHIROPRACTIC, INC. ("Plaintiff") (collectively the "Parties"), by and through its

5  undersigned attorneys, have stipulated to continue certain scheduling dates to give

6  the Parties time to finalize a Settlement Agreement. The Court, having read and

7  considered the Parties' Stipulation, and good cause having been shown, orders as

8  follows:

9                                    **ORDER**

10   In light of the Parties' representation that the matter has settled pursuant to

11  terms set forth in a binding Term Sheet, Defendants' obligations to file their Rule 26

12  Disclosures and to file their Motion(s)/responsive pleadings are vacated absent

13  further order from the Court.  The Parties shall report to the Court no later than

14  **November 7, 2016**, to advise the Court of confirmation of execution of a final

15  Settlement Agreement, to request a scheduling conference to propose a schedule for

16  class certification briefing, administration, and final approval consistent upon

17  confirmation of a final written Settlement Agreement.  If the final Settlement

18  Agreement is not executed and briefing schedule proposed by **November 7, 2016**,

19  the Parties shall report to the Court as to any remaining impediments to

20  implementing the settlement terms reflected in the Term Sheet.

21  **IT IS SO ORDERED.**

22

23  DATED:  October 18, 2016

24

25  _____

26  Hon. André Birotte Jr.
    United States District Judge

27

28  12578.0001/8895698.1

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO VACATE
DEADLINE FOR DEFENDANTS TO FILE INITIAL DISCLOSURES
AND RESPONSIVE PLEADING AND SETTING DEADLINE FOR FINALIZING SETTLEMENT