# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION, NYLIFE SECURITIES LLC and JOHN DOES 1-10,<br><br>Defendants. | Case No. 2:15-cv-4767-AB<br><br>**CLASS ACTION**<br><br>(~~PROPOSED~~) ORDER GRANTING JOINT STIUPLATION FOR EXTENDING DEADLINE FOR FINALIZING SETTLEMENT AND FILING MOTION FOR PRELIMINARY APPROVAL<br><br>Hon. Andre Birotte Jr.<br><br>Action Filed: June 24, 2015 |

The Court, having considered the Joint Stipulation for Extending Deadline for Finalizing Settlement and Filing Motion for Preliminary Approval, and for good cause shown, hereby **GRANTS** the stipulation.

The deadline for finalization and full execution of the Settlement Agreement and date for which Plaintiff to file its Agreed Motion for Preliminary Approval of Class Action Settlement and Notice to the Class is hereby extended to November 18, 2016.

IT IS SO ORDERED

Dated:  November 10, 2016

_____
HON. ANDRE BIROTTE JR.