NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC B. FROMER CHIROPRACTIC, INC., a California corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE AND ANUITY CORPORATION, NYLIFE SECURITIES LLC, and JOHN DOES 1-10,<br><br>Defendants. | Case No.: 2:15-cv-04767 AB<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

    The Court, having reviewed the Motion for Preliminary Approval of Class Action Settlement ("Motion"), the evidence and argument provided by the parties, and the pleadings and other papers filed in this action, hereby GRANTS preliminary approval to the Class Action Settlement Agreement, as detailed below.

    NOW, THEREFORE, IT IS HEREBY ORDERED and adjudged as follows:

    1.    Pursuant to Rule 23 (e) of the Federal Rules of Civil Procedure, the settlement of this action, as embodied in the terms of the Settlement Agreement

attached to the Joint Motion, is hereby preliminarily approved as a fair, reasonable, and adequate settlement of this case in the best interests of the Settlement Class in light of the factual, legal practical, and procedural considerations raised by this case. The Settlement Agreement is incorporated by reference into this Order (with capitalized terms as set forth in the Settlement Agreement) and is hereby preliminarily adopted as an Order of this Court.

2. Pursuant to Rule 23 (b) (3) of the Federal Rules of Civil Procedure, by stipulation of the parties, and for the purpose of settlement, the Court hereby certifies the following class (the "Settlement Class"): "All persons who (1) on or about March 25, 2015 or on or about March 31, 2015 (2) were successfully sent telephone facsimile transmissions titled "Savings and Investing 20/20 for Medical Professionals." Excluded from the Settlement Class are (a) the Defendants and their present and former officers, directors, shareholders, members, managers, employees and their successors, assigns and legal representatives; (b) all persons who opted out of the settlement by timely submitting their opt-out request; and (c) the Court and its officers.

3. The Court finds that class certification is appropriate because (a) the Settlement Class is so numerous that joinder of all members is impractical, (b) there are common questions of law and fact that predominate over any questions affecting only individual class members, (c) Plaintiff will fairly and adequately protect the interests of the Settlement Class, and (d) a class action is an appropriate method for the fair and efficient adjudication of this controversy.

4. The Court appoints Plaintiff, Eric B. Fromer Chiropractic, Inc. ("Plaintiff"), as the "Class Representative" and appoints Brian J. Wanca of Anderson + Wanca as "Class Counsel" pursuant to Rule 23 (g).

5. The Court approves and appoints Class-settlements.com as the settlement administrator.

6. The Settlement Agreement proposes notice to the Settlement Class by

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

facsimile transmission, and by U.S. mail to those class members to whom facsimile notice is unsuccessful after three attempts if address information is available or can be obtained, and by maintaining a settlement website. The Court finds that such notice constitutes valid, due, and sufficient notice to the Class Members pursuant to Federal Rule of Civil Procedure 23 (e) (1), California Civil Code section 1781(d), the Unites States Constitution, and any other applicable law. The plan is approved and adopted.

7. The Court finds that the Class Notice and Claim Form (attached to the Settlement Agreement as Exhibit 2), comply with Rule 23 (e) (1) of the Federal Rules of Civil Procedure, are appropriate as part of the notice plan, and are approved and adopted. The Court orders that the parties provide the notice to the Class as proposed.

8. The Court hereby sets deadlines and dates for the acts and events set forth in the Settlement Agreement and directs the Parties to incorporate the deadlines and dates in the Class Notice:

   (a) The Notice shall be sent by the Settlement Administrator on or before <u>March 10, 2017</u>;
   (b) Claim forms shall be submitted, in accordance with the terms of the Settlement Agreement and Notice, on or before <u>June 8, 2017</u>;
   (c) Requests by any Settlement Class member to opt out of the settlement must be submitted to class Counsel (with a copy to Defendants' Counsel), in accordance with the Notice, on or before <u>April 24, 2017</u>, or be forever barred; and
   (d) Objections and motions to intervene, including supporting memoranda, shall be filed in this Court and postmarked and served on Class Counsel and Defendants' counsel, in accordance with the terms of the Settlement Agreement and Notice, on or before <u>April 24, 2017</u>, or be forever barred.

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

9. Brief in support of final approval shall be filed on or before <u>June 12, 2017</u>.

10. **The Motion for Attorneys' Fees shall be filed on or before <u>June 12, 2017</u>.**

11. The final approval hearing, set forth in the Class Notice, is hereby scheduled for <u>July 10, 2017</u> at 10:00 a.m., in Room 7B.

The hearing date and/or time for the Fairness Hearing may be moved *sua sponte* by the Court or pursuant to a stipulation by the parties subject to Court approval without providing additional notice to the Class Members.

The Court hereby approves and adopts the procedures governing requests to be excluded from the Class, or for objecting to the proposed Settlement, as provided for in the Settlement Agreement.

If the Settlement is not approved or consummated for any reason whatsoever, then the Settlement Agreement and all proceedings in connection therewith shall terminate without prejudice to the status quo ante and rights of the parties to the action as they existed prior to the date of execution of the Settlement Agreement, except as otherwise provided in the Settlement Agreement.

**IT IS SO ORDERED.**
DATED: February 22, 2017

_____
**Hon. André Birotte Jr.**
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT